```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00814
  CHERYL L HICKMAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-8874
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/31/06 and confirmed on 03/31/06.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $  16025.02 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED VEHIC | 9500.00 | 873.52 | 6629.52 |
| WELLS FARGO FINANCIAL IN | SECURED | 800.00 | 46.77 | 703.47 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5209.74 | .00 | 4285.50 |
| AMERICASH LOANS | UNSECURED | 1077.81 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 430.36 | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| GUSTAV R KOZINA DDS | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS | UNSECURED | NOT FILED | .00 | .00 |
| HOOKED ON PHONICS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| K MART CORPORATION | UNSECURED | 226.17 | .00 | .00 |
| KELLER GRADUATE SCHOOL | UNSECURED | 3145.00 | .00 | .00 |
| KENWI LLC | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY ANESTHESIOLO | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST PEDIATRIC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES CHOICE VIDEO EXP | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 278.00 | .00 | .00 |
| QUIK CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| RISCUITY | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| STATE FARM MUTUAL AUTO | UNSECURED | 7046.13 | .00 | .00 |
| WE ENERGIES | UNSECURED | 246.08 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 3622.99 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1548.94 | .00 | .00 |

```
ASSET ACCEPTANCE CORP      UNSECURED        429.80            .00            .00
CERTIFIED SERVICES INC     UNSECURED        409.16            .00            .00
CERTIFIED SERVICES INC     UNSECURED        197.54            .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED       1087.69            .00            .00
PARAGON WAY                UNSECURED        325.00            .00            .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10300.00     5209.74    20070.67          .00      35580.41
PRINCIPAL PAID       7332.99     4285.50         .00          .00      11618.49
INTEREST PAID         920.29          .00        .00          .00        920.29
TOTAL PAID           8253.28     4285.50         .00          .00      12538.78
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   3000.00
and was paid $    111.00   direct and $    2889.00   through the plan.

The Trustee received $    597.24 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                 /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 00814 CHERYL L HICKMAN